THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE NIKOP, Appellant.

Argued April 11, 1945; decided May 24, 1945.

*Henry A. Lowenberg* for appellant.

*Frank S. Hogan, District Attorney (Richard G. Denzer* and *Whitman Knapp* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DES-MOND, THACHER and DYE, JJ.